**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7225**

---

JOHN MCDONOUGH,

                                        Petitioner - Appellant,

    versus

STATE OF SOUTH CAROLINA; CHARLES M. CONDON,
Attorney General of the State of South
Carolina,

                                     Respondents - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Dennis W. Shedd, District Judge.
(CA-01-413-2-19AJ)

---

Submitted: November 29, 2001      Decided: December 6, 2001

---

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

John McDonough, Appellant Pro Se. Donald John Zelenka, Chief Deputy
Attorney General, Tracey Colton Green, OFFICE OF THE ATTORNEY
GENERAL OF SOUTH CAROLINA, Columbia, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John McDonough appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. McDonough v. South Carolina, No. CA-01-413-2-19AJ (D.S.C. filed July 5, 2001; entered July 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED